1196

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES CARBONE, Appellant. [786 NYS2d 790]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered October 23, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted sodomy in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Hurlbutt, Scudder, Gorski and Hayes, JJ.